**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 292 WAL 2018

                  Respondent          :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

          v.                        :

                                   :

ERIC RAMBERT,                     :

                                   :

                  Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.